Nikolay **BUTVIN**, Plaintiff–Appellant,

v.

**DOUBLECLICK, INC.,** Defendant–Appellee.

No. 01–7394.

United States Court of Appeals, Second Circuit.

Nov. 15, 2001.

Richard Stelnik, New York, NY, for appellant.

Michael Carlinsky, Orrick, Herrington & Sutcliffe, New York, NY, for appellee.

Present FEINBERG, McLAUGHLIN, and PARKER, Circuit Judges.

SUMMARY ORDER

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED

58

AND DECREED that the decision of said district court be and it hereby is AFFIRMED.

Plaintiff-appellant Nikolay Butvin appeals from the judgments of the United States District Court for the Southern District of New York (Keenan, J.) entered on June 26, 2000, dismissing plaintiff's Amended Complaint in its entirety and granting plaintiff's request to amend the Amended Complaint in part, and on March 7, 2001, dismissing plaintiff's Second Amended Complaint and denying plaintiff's motion for leave to file a Third Amended Complaint. Butvin challenges the district court's dismissal of his amended complaints for failure to state a claim, specifically appealing the viability of his securities fraud, common law fraud, and two breach of contract claims. We find that the district court properly dismissed Butvin's complaints and affirm for substantially the same reasons as stated by the district court.

The judgment of the district court is AFFIRMED.